IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DISEREE HOFFMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:25-cv-670-ECM |
| | ) |
| ALABAMA CVS PHARMACY L.L.C., *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On October 29, 2025, the Magistrate Judge entered a Recommendation (doc. 14) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 14) is ADOPTED. It is further

ORDERED that the Plaintiff's motion to remand (doc. 9) is GRANTED, and this case is REMANDED to the Circuit Court of Macon County, Alabama.

The Clerk of the Court is DIRECTED to take all steps necessary to effectuate the remand to the Circuit Court of Macon County, Alabama.

DONE this 19th day of November, 2025.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE